UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VISTAJET US INC.,

                        Case No.

                Plaintiff,

                        **COMPLAINT**

      - against -

WILD WONDER LLC,

                Defendant.
-----------------------------------------------------------X

      Plaintiff VistaJet US Inc. ("VistaJet US"), by and through its attorneys, Clyde & Co US LLP, as and for its Complaint against defendant Wild Wonder LLC ("Wild Wonder"), alleges as follows:

## PRELIMINARY STATEMENT

      1.     This is an action for breach of contract arising out of Wild Wonder's breach of an agreement (the "Agreement") between VistaJet US and Wild Wonder pursuant to which Wild Wonder agreed to purchase one hundred fifty (150) privately-chartered aircraft flight hours per year at a fixed rate and with guaranteed availability for a period of three (3) years. Wild Wonder has breached the Agreement by failing and refusing to pay the money that it owes to VistaJet US under the Agreement.

## THE PARTIES

      2.     VistaJet US is a corporation organized and existing under the laws of Delaware with its principal place of business located in New York, New York.

      3.     Upon information and belief, at all times relevant to this action, Wild Wonder was and is a corporate entity organized and existing under the laws of Delaware, with its principal place of business located in New Jersey.