```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTAJET US INC,

                Plaintiff,

     v.

WILD WONDER LLC,

                Defendant.

20-CV-5974 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Per the case management plan and scheduling order entered on October 29, 2020, a post-fact-discovery conference is scheduled for March 12, 2021 at 10:00 a.m. *See* Dkt. 18 at 2. This conference will be held by telephone using the following information: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    No later than Wednesday, March 10, 2021 the parties shall submit the joint letter described in paragraph 11 of the case management plan.

SO ORDERED.

Dated:    March 8, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge