UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VISTAJET US INC.                                        :

                                                                :      <u>ORDER</u>
                    Plaintiffs,
                                                              :      20 Civ. 5974 (RA) (GWG)
   -v.-
                                                                :

WILD WONDER LLC                                         :

                                                                :
                   Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The parties are not in compliance with the Court's Order of May 3, 2022 (Docket # 60). The parties shall be given one final opportunity to comply.  By May 19, 2022, the parties shall file a joint letter or separate letters confirming that discovery is completed. If a party seeks an extension of the discovery deadline, the party must comply with paragraph 1.E of the Court's Individual Practices.

      SO ORDERED.

Dated: May 18, 2022
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge