USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTAJET US INC.,

     Plaintiff,

  v.

WILD WONDER LLC,

     Defendant.

No. 20-CV-5974 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  The parties have reported that discovery in this matter has been completed. Accordingly, the Court will hold a post-discovery conference on June 14, 2022 at 3:30 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

  No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated: May 27, 2022
    New York, New York

_____
Ronnie Abrams
United States District Judge