UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTAJET US INC.,

                Plaintiff,

        v.

WILD WONDER LLC,

                Defendant.

20-CV-5974 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As the parties have been advised, the conference previously scheduled for June 14, 2022 is adjourned to June 17, 2022 at 11:15 a.m. The conference will be held by telephone and the parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

SO ORDERED.

Dated:    June 15, 2022
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge