**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISTAJET US INC.,

                Plaintiff,

-v-

WILD WONDER LLC,

                Defendant.

No. 20-CV-05974 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court are the parties' cross-motions for summary judgment. The Court denies both motions for reasons it will explain at a telephone conference to be held on February 9, 2023 at 10:00 a.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. This conference line is open to the public. Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

    The Clerk of Court is respectfully directed to terminate the motions pending at Docket Nos. 67 and 73.

SO ORDERED.

Dated:    February 7, 2023
            New York, New York

_____
Ronnie Abrams
United States District Judge